FRANCES S. VAN NOSTRAND et al., by Guardian ad Litem, Appellants, *v.* SARAH M. MARVIN et al., Respondents.

*Van Nostrand* v. *Marvin,* 16 App. Div. 28, appeal dismissed.
(Submitted January 15, 1900; decided January 30, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1897, which modified and, as modified, affirmed an interlocutory judgment determining the rights of the respective parties in an action for partition, entered upon the report of a referee and also appeal from the interlocutory judgment as modified.

*Elmer E. Roosa* for appellants.

*Alfred Jaretzki* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.